[No. 8540–2–II.   Division Two.   December 12, 1986.]

MARGARET R. WILSON, *Appellant,* v. THE DEPARTMENT OF EMPLOYMENT SECURITY, *Respondent.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 83–2–00038–2, John W. Schumacher, J., entered February 4, 1985. *Affirmed* by unpublished opinion per Alumbaugh, J. Pro Tem., concurred in by Brachtenbach and Hanley, JJ. Pro Tem.

[No. 14445–6–I.   Division One.   December 15, 1986.]

RANDALL J. NELSON, *Respondent,* v. GREG P. FREEMAN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 82–2–16449–6, Peter K. Steere, J., entered February 15, 1984. *Dismissed* by unpublished opinion per Scholfield, C.J., concurred in by Webster, J., Williams, J., dissenting.

[No. 16183–1–I.   Division One.   December 15, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. EUGENE McDONALD HOLLOMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84–1–03116–2, Jim Bates, J., entered March 15, 1985. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Ringold, A.C.J., and Coleman, J.